UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LONOK SHIPPING COMPANY,

              Plaintiff,

- against -

PACIFIC INTER-LINK SDN BHD a/k/a
PACIFIC INTERLINK SDN BHD

              Defendant.

------------------------------------------------------------X

JUDGE MARRERO

07 CIV 8614

RECEIVED OCT 0 4 2007 U.S.D.C. S.D. N.Y. CASHIERS

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: October 4, 2007
New York, NY

                              The Plaintiff,
                              LONOK SHIPPING COMPANY

                              By: _____
                              Charles E. Murphy (CM 2125)
                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              (212) 490-6050
                              facsimile (212) 490-6070
                              cem@lenmur.com