MARRERO, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LONOK SHIPPING COMPANY,

        Plaintiff,

- against -

PACIFIC INTER-LINK SDN BHD a/k/a
PACIFIC INTERLINK SDN BHD

        Defendant.
-----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-07

ECF CASE

07 CIV 8614 (VM)

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The case has settled and, therefore, the attachment is hereby vacated and all garnishee banks are directed to immediately release all funds attached pursuant to the Ex-Parte Order of Maritime Attachment issued herein.

Dated: November 6, 2007
      New York, NY

                The Plaintiff,
                LONOK SHIPPING COMPANY

                By: _____
                Charles E. Murphy (CM 2125)
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                cem@lenmur.com

SO ORDERED: The Clerk of Court directed to close this case.

11-9-07
DATE          VICTOR MARRERO, U.S.D.J.